Order issued: September 25 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00576-CV

### EX PARTE: JESSE SKINNER

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. X11-1264-K

## ORDER

By order dated August 20, 2012, the Court informed Janice Garrett, Official Court Reporter of the Criminal District Court No. 4 of Dallas County, Texas, that the reporter's record was past due. We instructed Ms. Garrett to file, within twenty days, either the reporter's record, written verification that no hearings were recorded, or written verification that appellant has not requested or made payment arrangements for the record. As of today's date, we have not received a response from Ms. Garrett.

Accordingly, we again **ORDER** Ms. Garrett to file, **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER**, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification of no request or no payment, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Garrett and all counsel of record.

CAROLYN WRIGHT
CHIEF JUSTICE